**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARK ANTHONY PALLOTINO,

Plaintiff,

vs. 1:25-cv-00644-DHU-KRS

LOS SUENOS DE ALBUQUERQUE HOMEOWNERS ASSOCIATION; JAMES CLARK JR.; KRISTEN CUSHMAN; TERRY COMBS; HOMEOWNERS ASSOCIATION MANAGEMENT COMPANY ("HOAMCO"); ANGELINA GARCIA; GARY WISEMAN; JUSTIN RODRIQUEZ; RESNICK & LOUIS P.C. LAW FIRM; MICHAEL S. RUMAC; and JUSTIN D. GOODMAN,

Defendants.

**ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on August 28, 2026. Doc. 92. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id*. at 56. On September 11, 2026, Plaintiff filed objections to the Magistrate Judge's PFRD. Doc. 94.

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD that have been properly objected to. After conducting this de novo review, and having thoroughly considered the Magistrate Judge's PFRD and the objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. Plaintiff's objections (Doc. 94) are OVERRULED;

2. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 92) are ADOPTED;

3. The HOA Defendants' Motion to Join the Motion to Dismiss (Doc. 46) is DENIED;

4. Defendants Resnick & Louis P.C. Law Firm, Michael S. Ruman, and Justin Goodman's Motion to Dismiss (Doc. 39) is GRANTED;

5. Plaintiff's claims against Defendants Resnick & Louis P.C. Law Firm, Michael S. Ruman, and Justin Goodman are DISMISSED WITH PREJUDICE;

6. The HOA Defendants' Motion to Dismiss for Insufficiency of Service of Process (Doc. 44) is GRANTED IN PART AND DENIED IN PART. The Court GRANTS, the request to QUASH the Proofs of Service for Defendants Los Suenos De Albuquerque Homeowners Association, Kristen Cushman, Terry Combs, the Homeowners Association Management Company, Angelina Garcia, Gary Wiseman, and Justin Rodriguez, and DENIES the request to dismiss Plaintiff's claims in the Amended Complaint (Doc. 14) against the HOA Defendants for insufficiency of service of process; and

7. Within forty-five (45) days from entry of a final order on the HOA Defendants' Motion to Dismiss for Insufficiency of Service of Process (Doc. 44) Plaintiff shall effect proper service of a summons and the Amended Complaint (Doc. 14) upon Defendants Los Suenos De Albuquerque Homeowners Association, Kristen Cushman, Terry Combs, the Homeowners Association Management Company, Angelina Garcia, Gary Wiseman, and Justin Rodriguez, and file on the docket legally sufficient proofs of service for each of the HOA Defendants subsequently served within seven (7) days of the expiration of the forty-five day period.

THE HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE